

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Oklahoma

| | | |
|---|---|---|
| CARRIE M. DOOLY | ) | |
| *Plaintiff* | ) ) ) | **16 CV - 244 TCK - PJC** |
| v. | ) | Civil Action No. |
| HARVARD FAMILY PHYSICIANS, PC | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   HARVARD FAMILY PHSYCIANS, PC
c/o KENNETH A. MUCKALA
7912 EAST 31st COURT
TULSA, OK 74145

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

TIM GILPIN
GILPIN LAW OFFICE
1874 S. BOULDER AVE.
TULSA, OK 74119
918-583-8900

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   Phil Lombardi, Clerk

Date: APR 29 2016   _____
*Signature of Clerk or Deputy Clerk*